```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 16224
   MICHEAL LAGERSTROM
   RHONDA LAGERSTROM                          CHAPTER 13

                                              JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-2004    SSN XXX-XX-2380

----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/06/07 .

   2. The case was dismissed without confirmation, 11/15/2007.

----------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------

        Summary of disbursements:
----------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED      OTHER       TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00          .00         .00         .00
PRINCIPAL PAID         .00        .00          .00         .00         .00
INTEREST PAID          .00        .00          .00         .00         .00
TOTAL PAID             .00        .00          .00         .00         .00
```

The Debtor's attorney, PRO SE DEBTOR                  , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




Dated: 02/11/08                    /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE

```
                              PAGE   2
      CASE NO. 07 B 16224 MICHEAL LAGERSTROM & RHONDA LAGERSTROM
```